# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2011

141684

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MICHAEL FLOWERS,
        Plaintiff-Appellant,

v

PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
        Defendant-Appellee.

SC: 141684
COA: 291958
Oakland CC: 2007-087977-NF

_____/

On order of the Court, the application for leave to appeal the July 20, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2011

Clerk

p0126